IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GABRIELLA JARROTT,
as Personal Representative of the
Wrongful Death Estate of Darian Jarrott,

    Plaintiff,

v.                                                                 Civ. Case No. 22-298 KRS/GBW

MARK MADRID, in his individual capacity,
And NEW MEXICO STATE POLICE CHIEF
TIM Q. JOHNSON,

    Defendants.

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered concurrently herewith, the Court enters this Final Judgment in accordance with Fed. R. Civ. P. 58(a).

IT IS HEREBY ORDERED that final judgment is entered in favor of all Defendants, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STAGES MAGISTRATE JUDGE
Presiding by Consent